# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2301 Disciplinary Docket No. 3 |
| | : | |
| JEFFREY L. PERLMAN | : | Disciplinary Board No. 90 DB 2016 |
| | : | |
| | : | File Nos. C1-16-324, C1-16-388, C1-16- |
| | : | 658, and C1-16-692 |
| | : | |
| | : | Attorney Registration No. 38490 |
| | : | |
| | : | (Philadelphia) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of October, 2016, the Joint Petition to Temporarily Suspend an Attorney is granted, Jeffrey L. Perlman is placed on temporary suspension, *see* Pa.R.D.E. 208(f), and he shall comply with all the provisions of Pa.R.D.E. 217.